UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KELLON TALIB RAZDAN,

Petitioner,

v.

THOMAS VALDEZ, Warden, et al.,

Respondents.

Case No.:  3:26-cv-0688-JES-SBC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**[ECF No. 1]**

Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, filed by Petitioner, KELLON TALIB RAZDAN, a state prisoner proceeding pro se. ECF No. 1. Petitioner, however, has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. This Court cannot proceed until Petitioner has either paid the filing fee or qualified to proceed in forma pauperis.

Accordingly, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must, **no later than March 15, 2026,** either pay the $5.00 fee or submit adequate proof of his inability to pay the fee. (A blank In Forma Pauperis Application form is included with this Order for Petitioner's convenience).

//

//

//

1

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge