UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KELLON TALIB RAZDAN,

                                    Petitioner,

v.

THOMAS VALDEZ, Warden, et al.,

                                    Respondents.

Case No.:  3:26-cv-0688-JES-SBC

**ORDER DISMISSING PETITION**

On February 6, 2026, the Court dismissed Petitioner's Petition for Writ of Habeas Corpus for failing to pay the filing fee or moving to proceed in forma pauperis. ECF No. 2. The Court granted Petitioner until March 15, 2026, to either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee. *Id.* To date, Petitioner has not paid the filing fee or moved to proceed in forma pauperis.

Accordingly, the Court now **DISMISSES** the petition for failing to pay the $5.00 filing fee or move to proceed in forma pauperis, and failure to prosecute in compliance with the prior court order. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: June 22, 2026

Honorable James E. Simmons Jr.
United States District Judge

1

3:26-cv-0688-JES-SBC